■ WESTERLEIGH SAVINGS BANK, F.S.L.A., Appellant, v CONTINENTAL INSURANCE COMPANY, Respondent. [595 NYS2d 334] — Appeal by the plaintiff from an order of the Supreme Court, Kings County (Hurowitz, J.), dated October 25, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Hurowitz at the Supreme Court. Bracken, J. P., Lawrence, Eiber and Pizzuto, JJ., concur.